CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 1 8 2010

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DOUGLAS BRICE JORDAN, | 7:10-CV-00065 |
| Petitioner, | Case No. |
| v. | **FINAL ORDER** |
| RONNIE SPRINKLE, SHERIFF, BOTETOURT COUNTY, VIRGINIA, | By: Glen E. Conrad<br>United States District Judge |
| Respondent. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the petition for a writ of habeas corpus is **DISMISSED** without prejudice for failure to exhaust state court remedies, and this action is stricken from the active docket of the court. Because the defendant has not made the requisite showing of denial of a substantial right related to this ruling, a certificate of appealability, pursuant to 28 U.S.C. § 2253(c), is **DENIED**.

ENTER: This 18th day of February, 2010.

_/s/ Glen E. Conrad_
United States District Judge