CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 18 2010

JOHN F. CORCORAN, CLERK
BY: /s/ 
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| DOUGLAS BRICE JORDAN, | 7:10-CV-00065 |
| Petitioner, | Case No. |
| v. | **FINAL ORDER** |
| RONNIE SPRINKLE, SHERIFF, BOTETOURT COUNTY, VIRGINIA, | By: Glen E. Conrad<br>United States District Judge |
| Respondent. | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that the petition for a writ of habeas corpus is **DISMISSED** without prejudice for failure to exhaust state court remedies, and this action is stricken from the active docket of the court. Because the defendant has not made the requisite showing of denial of a substantial right related to this ruling, a certificate of appealability, pursuant to 28 U.S.C. § 2253(c), is **DENIED**.

ENTER: This 18th day of February, 2010.

/s/ Glen E. Conrad
United States District Judge